Matthew L. Lalli (6105)
Douglas P. Farr (13208)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mlalli@swlaw.com
         dfarr@swlaw.com

*Attorneys for Defendants Ohio Security Insurance Company, Liberty Mutual Insurance Company, and Colorado Casualty Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GRAKO'S AMERICAN CAR CARE CENTER, INC., a Utah corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, a Massachusetts corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and COLORADO CASUALTY INSURANCE COMPANY, a Massachusetts corporation, and DOES I-X.<br><br>*Defendants.* | **DEFENDANTS' RULE 26(a)(2) LIST OF DISCLOSED REBUTTAL EXPERTS**<br><br>Case No. 2:16-cv-01269-PMW<br><br>Judge Paul M. Warner |

   Pursuant to Rule 26 (a)(2)(A) of the Federal Rules of Civil Procedure, Defendants Ohio Security Insurance Company ("Ohio Security"), Liberty Mutual Insurance Company ("Liberty Mutual"), Colorado Casualty Insurance Company ("Colorado Casualty") (collectively "Defendants") hereby disclose the following as a rebuttal/responsive expert witnesses that Defendants may use at trial to present expert testimony.

**Peter S. Evans of Evans Adjusters**    Mr. Evans is an Insurance Executive General Adjuster and may provide expert rebuttal testimony in relation to his specialty of good faith handling of insurance claims.

**Richard S. Hoffman of Lone Peak Valuation Group**    Mr. Hoffman is a Certified Public Accountant and may provide expert rebuttal testimony in relation to his specialty of business valuations and litigation consulting services.

**Jerry L. Miles of Bert L. Howe & Associates**    Mr. Miles is a Civil Engineer and may provide expert rebuttal testimony in relation to his construction and structural engineer specialty.

**Daniel Nye of RMEC Environmental, Inc.**    Mr. Nye is a Certified Industrial Hygienist and may provide expert rebuttal testimony in relation to his indoor air quality specialty.

DATED August 1, 2019.

SNELL & WILMER L.L.P.

/s/ Douglas P. Farr
Matthew L. Lalli
Douglas P. Farr
*Attorneys for Defendants*

4843-2176-5278

## CERTIFICATE OF SERVICE

I certify that on August 1, 2019, a true and correct copy of the foregoing DEFENDANTS' RULE 26(a)(2) LIST OF DISCLOSED REBUTTAL EXPERTS was served via email and by U.S. Mail, postage prepaid, upon the following:

>Derek A. Coulter
>Robert T. Tateoka
>COULTER TATEOKA, P.C.
>11576 South State Street, Suite 503
>Draper, Utah 84020
>derek@dac-law.com
>robert@dac-law.com
>
>Michael N. Poli
>Lawrence R. Moon
>MERLIN LAW GROUP P.A.
>2999 North 44th Street, Suite 520
>Phoenix, Arizona 85018
>mpoli@merlinlawgroup.com
>lmoon@merlinlawgroup.com
>
>*Attorney for Plaintiffs*

                                                                 */s/ Douglas P. Farr*